1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7             UNITED STATES DISTRICT COURT
8             NORTHERN DISTRICT OF CALIFORNIA

9  
10 CRAIG YATES, an individual; and          )  CASE NO. CV 08-00356-VRW
   DISABILITY RIGHTS ENFORCEMENT,           )
   EDUCATION, SERVICES: HELPING             )  **RETURN OF SERVICE RE DEFENDANT**
11 YOU HELP OTHERS, a California public     )  CHAMPANGO LLC, a limited liability
   benefit corporation,                     )  company
12                                          )
            Plaintiffs,                     )
13                                          )
   v.                                       )
14                                          )
   UNICORN PAN ASIAN CUISINE;               )
15 WELLS FARGO BANK, N.A., (Formerly        )
   known as CROKET NATIONAL BANK &          )
16 HENRY I. POPPIC, trustees of the POPPIC  )
   TRUST); and CHAMPANGO LLC, a             )
17 limited liability company                )
                                            )
18          Defendants.                     )
   _____  )
19
20
21
22
23
24
25
26
27
28
   RETURN OF SERVICE RE DEFENDANT CHAMPANGO LLC, a limited liability company

                                                                              1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>UNICORN |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: CRAIG YATES, et al. |
|---|
| Defendant: UNICORN PAN ASIAN CUISINE, et al. |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date | Time | Dept/Div: | Case Number:<br>CV 08 0356—VRW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ORDER OF RECUSAL, REASSIGNMENT ORDER; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served: CHAMPANGO LLC, a limited liability company
   b. Person served: QUI TRUONG, AGENT FOR SERVICE

4. Address where the party was served: 2533 TELEGRAPH AVENUE
   BERKELEY, CA 94704

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 20, 2008 (2) at: 6:47PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CHAMPANGO LLC
   Other: a limited liability company

7. Person Who Served Papers:        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL
   d. The Fee for Service was:
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001044
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Sun, Feb. 24, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(AARON DANIEL)
6400995.thofi-fg 113930