AO 440 (Rev. 10/93) SUMMONS in a Civil Action

# Amended
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 08-00356-VRW

V.

UNICORN PAN ASIAN CUISINE; WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST); and CHAMPANGO LLC, a limited liability company

TO:

See service list attached

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas E. Frankovich
THOMAS E. FRANKOVICH, APLC
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

_____
CLERK

3/18/2008
DATE

_Gwen Agid_
(BY) DEPUTY CLERK
**Gwen Agid**
~~RICHARD W. WIEKING~~

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
    CRAIG YATES
6  and DISABILITY RIGHTS,
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9                     UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12  CRAIG YATES, an individual; and        )  **CASE NO. CV 08-00356-VRW**
    DISABILITY RIGHTS, ENFORCEMENT, )      **Civil Rights**
    EDUCATION, SERVICES:HELPING YOU)
13  HELP OTHERS, a California public benefit ) **FIRST AMENDED COMPLAINT FOR**
    corporation,                           )  **INJUNCTIVE RELIEF AND DAMAGES:**
14                                         )
           Plaintiffs,                     )  **1st CAUSE OF ACTION:** For Denial of Access
15                                         )  by a Public Accommodation in Violation of the
    v.                                     )  Americans with Disabilities Act of 1990 (42
16                                         )  U.S.C. §12101, *et seq.*)
    UNICORN PAN ASIAN CUISINE;             )
17  WELLS FARGO BANK, N.A., (Formerly      )  **2nd CAUSE OF ACTION:** For Denial of Full
    known as CROKET NATIONAL BANK &        )  and Equal Access in Violation of California
18  HENRY I. POPPIC, trustees of the POPPIC )  Civil Code §§54, 54.1 and 54.3
    TRUST); and CHAMPANGO LLC, a           )
19  limited liability company,             )  **3rd CAUSE OF ACTION:** For Denial of
                                           )  Accessible Sanitary Facilities in Violation of
20         Defendants.                     )  California Health & Safety Code §19955, *et seq.*
                                           )
21                                            **4th CAUSE OF ACTION:** For Denial of
                                              Access to Full and Equal Accommodations,
22                                            Advantages, Facilities, Privileges and/or
                                              Services in Violation of California Civil Code
23                                            §51, *et seq.* (The Unruh Civil Rights Act)

24

25
                                              **DEMAND FOR JURY**
26

27

28

FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

                                                                              1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

**Craig Yates, et al. v. Unicorn Pan Asian Cuisine, et al.**
Case no.   CV 08-00356-VRW

Wells Fargo BANK, N.A., Trustee
420 Montgomery St., 7th Fl.
San Francisco, CA 94108