**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES,<br><br>      Plaintiffs,<br><br>      v<br><br>UNICORN PAN ASIAN CUISINE, WELLS FARGO BANK, N A & HENRY POPPIC and CHAMPANGO LLC,<br><br>      Defendants,<br>_____/ | No   C 08-356 VRW<br><br>ORDER OF RECUSAL |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge