IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al,

    Plaintiffs,

v.

UNICORN PAN ASIAN CUISINE, et al.,

    Defendants.

No. C 08-00356 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 23, 2008 on the motion to dismiss filed by defendant Unicorn Pan Asian Cuisine ("Defendant"). The Court HEREBY ORDERS that Plaintiffs' opposition to the motion shall be filed by no later than April 16, 2008 and Defendant's reply brief shall be filed by no later than April 23, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE