1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
  | THOMAS E. FRANKOVICH,
2 | *A Professional Law Corporation*
  | 2806 Van Ness Avenue
3 | San Francisco, CA 94109
  | Telephone:   415/674-8600
4 | Facsimile:    415/674-9900

5 | Attorneys for Plaintiffs CRAIG YATES
  | and DISABILITY RIGHTS ENFORCEMENT,
6 | EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | ) ) ) ) ) ) | CASE NO. CV 08-00356 –VRW  **RETURN OF SERVICE RE DEFENDANT WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST)** |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNICORN PAN ASIAN CUISINE; WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST); and CHAMPANGO LLC, a limited liability company, | ) ) ) ) ) ) ) | |
| Defendants | ) | |

27 | RETURN OF SERVICE RE DEFENDANT WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK &
   | HENRY I. POPPIC, trustees of the POPPIC TRUST)

1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No. 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>UNICORN | |

Insert name of Court, and Judicial District and Branch Court
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: UNICORN PAN ASIAN CUISINE, et al.

| PROOF OF SERVICE<br>AMEN/SUMM-CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-00356-VRW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the Amended Summons In A Civil Case; First Amended Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Drop Box Filing Procedures; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Standing Order For Civil Practice Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Order Of Recusal (2); Reassignment Order; Ecf Registration Information Handout.

3. a. Party served: WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST

4. Address where the party was served: 420 MONTGOMERY STREET
   1ST FLOOR
   SAN FRANCISCO, CA 94108

5. I served the party.
   b by substituted service. On: Mon., Mar. 24, 2008 at: 11:36AM by leaving the copies with or in the presence of:
   MICHAEL KYLE, BANK MANAGER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees
   Other:     of the POPPIC TRUST
              A LIMITED LIABILITY COMPANY

7. Person Who Served Papers:                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER                           d. The Fee for Service was:
                                               e. I am: (3) registered California process server
   First Legal Support Services                    (i)   Independent Contractor
   ATTORNEY SERVICES                               (ii)  Registration No.:   190
   1138 HOWARD STREET                              (iii) County:             Marin
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar 27, 2008

Judicial Council Form POS-010                    PROOF OF SERVICE                  (DOUG SCHROEDER)
Rule 982.9.(a)&(b) Rev January 1, 2007           AMEN/SUMM-CIVIL CASE                         6408589.thofr-fg.122137

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | | | | |
| Attorney for: Plaintiff | | | Ref. No or File No.:<br>UNICORN | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: UNICORN PAN ASIAN CUISINE, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div | Case Number<br>CV 08-00356-VRW |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured

2. I served copies of the Amended Summons In A Civil Case; First Amended Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S District Court; Drop Box Filing Procedures; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order For Civil Practice Cases Assigned For All Purposes To Magistrate Judge Edward M Chen; Contents Of Joint Case Management Statement; Order Of Recusal (2); Reassignment Order; Ecf Registration Information Handout.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Mon., Mar. 24, 2008
   b. Place of Mailing.          SAN FRANCISCO, CA 94103
   c. Addressed as follows:      WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL
                                 BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST
                                 420 MONTGOMERY STREET
                                 1ST FLOOR
                                 SAN FRANCISCO, CA 94108

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Mar. 24, 2008 in the ordinary course of business.

5. Person Serving                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                              d. The Fee for Service was:
   b. FIRST LEGAL SUPPORT SERVICES              e. I am: (3) registered California process server
      1138 HOWARD STREET                           (i)  Independent Contractor
      SAN FRANCISCO, CA 94103                      (ii) Registration No.:    2008-0001044
   c. 415-626-3111                                 (iii) County:             San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar 27, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE            (AARON DANIEL)
   Rule 982.9.(a)&(b) Rev January 1, 2007            By Mail                 6408589 thofr-fg.122137