1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS,
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNICORN PAN ASIAN CUISINE; WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST); and CHAMPANGO LLC, a limited liability company,<br><br>Defendants. | **CASE NO. CV 08-00356-VRW**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS** |

Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendant CHAMPANGO LLC, a limited liability company, through their undersigned counsel, respectfully request and stipulate as follows:

1.  WHEREAS defendant has filed various Motions that are set for hearing on May 23, 2008, at 9:00 a.m.

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS**

1    2.   WHEREAS plaintiffs' counsel has a conflict and is scheduled to appear before
2  the San Francisco Superior Court, at 8:30 a.m.; and
3    3.   WHEREAS the parties are amenable to continuing the motion hearing to Friday,
4  June 6, 2008;
5    4.   The parties hereby stipulate to, and respectfully request a continuance of the
6  Motion hearing from May 23, 2008, to June 6, 2008;
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS**

2

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: April 8, 2008				THOMAS E. FRANKOVICH,
						*A PROFESSIONAL LAW CORPORATION*


						By: _____/s/_____
						       Thomas E. Frankovich
						Attorneys for Plaintiffs CRAIG YATES and
						DISABILITY RIGHTS ENFORCEMENT,
						EDUCATION SERVICES: HELPING YOU HELP
						OTHERS

DATED: April 7, 2008				LAW OFFICES OF H. PAUL BRYANT


						By: _____/s/_____
						       H. Paul Bryant
						Attorneys for Defendant CHAMPANGO LLC

### ORDER

IT IS ORDERED that the Motion to Dismiss hearing currently on calendar for May 23, 2008, be continued to June 6, 2008.

Dated: _____, 2008

						_____
						    Hon. Jeffrey S. White
						    United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS**

3