1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS,
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNICORN PAN ASIAN CUISINE; WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST); and CHAMPANGO LLC, a limited liability company,<br><br>Defendants.<br>_____ | **CASE NO. CV 08-00356-VRW**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS** |

Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendant CHAMPANGO LLC, a limited liability company, through their undersigned counsel, respectfully request and stipulate as follows:

1.   WHEREAS defendant has filed various Motions that are set for hearing on May 23, 2008, at 9:00 a.m.

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS**

1  2.  WHEREAS plaintiffs' counsel has a conflict and is scheduled to appear before
2  the San Francisco Superior Court, at 8:30 a.m.; and
3  3.  WHEREAS the parties are amenable to continuing the motion hearing to Friday,
4  June 6, 2008;
5  4.  The parties hereby stipulate to, and respectfully request a continuance of the
6  Motion hearing from May 23, 2008, to June 6, 2008;
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS**

2

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: April 8, 2008                    THOMAS E. FRANKOVICH,
                                        *A PROFESSIONAL LAW CORPORATION*


                                        By: _____/s/_____
                                              Thomas E. Frankovich
                                        Attorneys for Plaintiffs CRAIG YATES and
                                        DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION SERVICES: HELPING YOU HELP
                                        OTHERS

DATED: April 7, 2008                    LAW OFFICES OF H. PAUL BRYANT


                                        By: _____/s/_____
                                              H. Paul Bryant
                                        Attorneys for Defendant CHAMPANGO LLC

**ORDER**

IT IS ORDERED that the Motion to Dismiss hearing currently on calendar for May 23, 2008, be continued to June 6, 2008. This Order does not alter the briefing schedule previously set by the Court.

Dated: ____April 9_____, 2008

                                        _____
                                        Hon. Jeffrey S. White
                                        United States District Court Judge

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING ON DEFENDANT CHAMPANGO LLC,'s MOTIONS**