1  H. PAUL BRYANT, State Bar No. 126037
   LAW OFFICES OF H. PAUL BRYANT
2  725 Washington Street, Suite 725
   Oakland, California, 94607
3  Tel: (510) 272-0700 Fax: (510) 272-0776
   Email: eastbaylaw@aol.com
4
5  Attorney for Unicorn Pan Asian Cuisine
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION
10

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiff<br><br>vs.<br><br>UNICORN PAN ASIAN CUISINE CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST and CHAMPANGO LLC, a limited liability Company<br><br>Defendants. | CASE NO. C080356 JSW<br><br>(Proposed) ORDER RE: MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS U.S.C. § 1367(c)]; AND (2) DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; [FRCP 12(b)(6)]<br><br>Date: May 23, 2008<br>Time: 9:00 a.m.<br>Courtroom 2, 17th floor<br>Judge: The Hon. Jeffrey S. White<br><br>Complaint filed: January 18, 2008<br>Trial Date:   None |

The Motion of Defendant Unicorn Pan Asian Cuisine ("Unicorn") for the Court to Decline Supplemental Jurisdiction Over and to Dismiss Plaintiff's State Law Claims [28 U.S.C. § 1367(c)] and to Dismiss Plaintiff's Complaint [FRCP 12(b)(6)] (the "Motion") came on regularly for hearing on May 23, 2008, at 9:00 a.m., in Courtroom 2 of the above-referenced Court, located at 450 Golden Gate Ave., 15th Floor, San Francisco, California. The Honorable Jeffrey

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR
THE COURT TO (1) DECLINE SUPPLEMENTAL JURISDICTION AND
(2) DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON
WHICH RELIEF CAN BE GRANTED
Case # C08-0356

S. White presided. All parties had sufficient notice. This Court, having considered the pleadings and papers on file herein and the oral argument of the parties, hereby grants Moving Party's Motion.

IT IS THEREFORE ORDERED as follows: Because of conflicting interpretation of California state disabled access law regarding the presence of intentional discrimination as a prerequisite to statutory damages arising from the opinions of <u>Gunther v. Lin</u>, 144 Cal.App.4th 223 (4th Dist. 2006), <u>Lentini v. California Center for the Arts, Escondido</u>, 370 F.3d 837, 847 (9th Cir. 2004), and their respective progenies, pursuant to 28 U.S.C. § 1367(c), this Court declines to extend supplemental jurisdiction over Plaintiff's claims arising under California state law, which are framed as Plaintiff's "Second Cause of Action," "Third Cause of Action," and "Fourth Cause of Action," (collectively, the "State Law Claims"). Accordingly, this Court dismisses Plaintiff's State Law Claims.

IT IS FURTHER ORDERED as follows: Pursuant to Federal Rule of Civil Procedure, 12(b)(6), this Court herby orders dismisses the Complaint, in its entirety, as to the Moving Party on the ground that no cause of action has been stated against unicorn.

IT IS SO ORDERED

By:_____
The Hon. Jeffrey S. White

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR
THE COURT TO (1) DECLINE SUPPLEMENTAL JURISDICTION AND
(2) DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON
WHICH RELIEF CAN BE GRANTED
Case # C08-0356

2

PROOF OF SERVICE BY MAIL

RE: **Yates v. Unicorn Pan Pacific Cuisine**
**ND California Federal District Court, Case No. C080356 JSW**

H. Paul Bryant certifies and declares as follows:

I am over the age of 18 years, and not a party to this action. My business address is 725 Washington Street, Suite #213, Oakland, California, 94607, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 31, 2008, at my place of business at Oakland, California, a copy of the following documents:

**(Proposed) ORDER RE: MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS U.S.C. § 1367(c)]; AND (2) DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; [FRCP 12(b)(6)]**

were served by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail, at Oakland, California addressed as set forth below :

Thomas E. Frankovich
2806 Van Ness Avenue
San Francisco, California 94109

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2008.

H. Paul Bryant

POS