IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al,

    Plaintiffs,

v.

UNICORN PAN ASIAN CUISINE, et al.,

    Defendants.

No. C 08-00356 JSW

**ORDER GRANTING UNICORN PAN ASIAN CUISINE TO DISMISS**

Now before the Court is the motion to dismiss filed by defendant Unicorn Pan Asian Cuisine ("Unicorn"). The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for June 6, 2008 is HEREBY VACATED.

Unicorn moves to dismiss on the grounds that the Court should decline to exercise supplemental jurisdiction over Plaintiffs' state-law claims and on the grounds that the complaint fails to state a claim against it. In response, Plaintiffs concede that their complaint does not raise any allegations against Unicorn and, thus, that Unicorn is not a defendant in this matter.

///
///
///
///
///
///

Based on Plaintiffs concession that they are not bringing any claims against Unicorn, the Court HEREBY GRANTS Unicorn's motion to dismiss.[1]

**IT IS SO ORDERED.**

Dated: June 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Because the Court is granting Unicorn's motion to dismiss on the grounds that the complaint fails to state a claim against it, the Court need not address Unicorn's argument regarding whether the Court should exercise supplemental jurisdiction over Plaintiffs' state-law claims.