THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>UNICORN PAN ASIAN CUISINE; WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST); and CHAMPANGO LLC, a limited liability company,<br><br>        Defendants. | **CASE NO. CV-08-0356-JSW**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

///

///

///

NOTICE OF CHANGE OF FIRM ADDRESS                                                                                                                1

1  The telephone number and fax number remain the same.

2

3  Dated: September 4, 2008          THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*
4

5                                    By: _____/S/_____
                                         THOMAS E. FRANKOVICH
6                                         Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                        2