IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff,

    v.

UNICORN PAN ASIAN CUISINE, et al.,

    Defendants.
                                             /

No. C 08-00356 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On January 18, 2008, Plaintiff filed the complaint in this action, and on March 12, 2008, Plaintiff the First Amended Complaint. On June 5, 2008, the court granted a motion to dismiss filed by defendant Unicorn. There has been no activity in this case since September 4, 2008. Accordingly, the Court HEREBY ORDERS the parties to file a joint status report setting forth the status of this litigation by no later than March 20, 2009.

**IT IS SO ORDERED.**

Dated: March 9, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE