THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> UNICORN PAN ASIAN CUISINE; WELLS FARGO BANK, N.A., (Formerly known as CROKET NATIONAL BANK & HENRY I. POPPIC, trustees of the POPPIC TRUST); and CHAMPANGO LLC, a limited liability company, <br><br> Defendants. | **CASE NO. CV 08-0356-JSW** <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2    their designated counsel that the above-captioned action be and hereby is dismissed with

3    prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

4    Respectfully submitted,

5

6    Dated: March 18, 2009                THOMAS E. FRANKOVICH,
                                          *A PROFESSIONAL LAW CORPORATION*
7

8                                         By: _____/S/_____
                                                   Thomas E. Frankovich
9                                         Attorneys for Plaintiffs CRAIG YATES and
                                          DISABILITY RIGHTS ENFORCEMENT,
10                                        EDUCATION SERVICES

11

12   Dated: March 18, 2009                MARTIN H. ORLICK,
                                          JEFFER, MANGELS, BUTLER & MARMARO
13                                        LLP

14
                                          By: _____/S/_____
15                                                 Martin H. Orlick
                                          Attorneys for Defendant WELLS FARGO BANK,
16                                        N.A., (Formerly known as CROKER NATIONAL
                                          BANK & HENRY I. POPPIC, trustees of the
17                                        POPPIC TRUST)

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

---

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**          **CV 08-0356-JSW**          -2-

Dated: March 18, 2009            H. PAUL BRYANT,
Law Offices Of H. Paul Bryant

By: _____/S/_____
H. Paul Bryant
Attorneys for Defendant CHAMPANGO LLC, a
limited liability Company

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). ~~IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.~~

DATED: ____March 19____, 2009

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge